No. 1043. OSTENDORFF v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Ernest J. Howard* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, and Joseph M. Howard* for the United States.

No. 1044. KRANTZ ET AL. v. OLIN. C. C. P. A. Certiorari denied. *W. Brown Morton, Jr.,* and *H. Hume Mathews* for petitioners. *Dexter N. Shaw* and *William M. Epes* for respondent.

No. 1045. SHEPPARD, ADMINISTRATOR, ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Stephen M. Feldman* and *Joseph G. Feldman* for petitioners. *Solicitor General Marshall* for the United States.

No. 1048. KEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *G. Edward Friar* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1051. UNION CARBIDE CORP. v. E. I. DU PONT DE NEMOURS & Co. C. A. 7th Cir. Certiorari denied. *Sidney Neuman* and *Robert L. Austin* for petitioner. *Frank F. Fowle* and *E. Manning Giles* for respondent.

No. 1066. PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. v. PENNSYLVANIA RAILROAD Co. C. A. 3d Cir. Certiorari denied. *William A. Goichman, Edward Munce* and *Joseph C. Bruno* for petitioners. *Hugh B. Cox* and *Richard R. Bongartz* for respondent.